IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                                                    PLAINTIFF
ADC #114018

v.                                          Case No. 3:19-cv-00084-KGB

ST. BERNARD'S HOSPITAL, and
JUDY BEARCE                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Gary Leon Webster's complaint is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 18th day of February, 2020.

                                                                                    _____
                                                                                    Kristine G. Baker
                                                                                    United States District Judge